JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSIAH HAEFELE, | ) | CASE NO. CV 11-7537 DSF (OPx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| U. S. LOGISTICS, INC., et al., | ) | |
| Defendants. | ) | |

_____

  The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded,

  IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:  3/8/12

_____

DALE S. FISCHER

United States District Judge